In the matter of the application of JOSEPHINE S. HUBERT et al., from an order to sell lands limited over.

[Decided May 17th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *98 N. J. Eq. 35*.

*Mr. Samuel Craig Cowart,* for the appellant.

*Mr. Harrison P. Lindabury,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.